UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>    *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARMENT OF JUSTICE,<br><br>    *Defendant*. | Civil Action No. 16-1399 (RDM) |

**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

On August 1, 2017, Plaintiff filed with this Court a Notice of Supplemental Authority. *See* ECF No. 21. In this Notice, Plaintiff directs the Court's attention to a non-final decision from another Judge in this District. *See id.* at 1. In the main, Plaintiff avers that this non-final decision in *Mattachine Soc'y of Wash., D.C. v. DOJ*, __ F. Supp. 3d __, 2017 WL 3251552 (D.D.C. July 28, 2017), bears on the issues pending in this matter. *See* Notice at 1. Plaintiff is misguided.

Contrary to Plaintiff's suggestion, the non-controlling *Mattachine* decision does not stand for the general proposition that the FBI must conduct an Electronic Case File ("ECF") search in every case. In *Mattachine*, the Court rejected the FBI's argument that performing a review of all results of an ECF search in that case would be unduly burdensome. *See Mattachine*, 2017 WL 3251552, at *5. But in *Mattachine*, the Court's determination was due, in part, to the fact that the record suggested that the ECF search results would include responsive records. *See id.* at *4–5. Here, in contrast, the FBI has shown that the ECF search itself is both unduly burdensome and unlikely to return responsive records, as many of the requested records are not searchable through a full-text ECF search and, moreover, many file serials have not been converted into electronic format. *See* Def.'s Reply in Supp. of Mot. for Summ. J. at 6–7 (ECF No. 18) (hereinafter, "Def.'s

Reply") and Sec. Decl. of D. Hardy at ¶¶ 6–8 (ECF No. 18-1).  Additionally, there is no analogous suggestion in the record of this case that an ECF search is likely to return responsive records.  Finally, Plaintiff's notice mischaracterizes the searches that he seeks, providing only the example of "Operation Mosaic" as a search term.  *See* Notice at 1.  However, Plaintiff fails to note that he also seeks additional search terms, including the broad term "mosaic."  Def.'s Reply at 10–11.

Dated:  August 9, 2017                                          Respectfully submitted,

                                                   CHANNING D. PHILLIPS
                                                   D.C. BAR # 415793
                                                   United States Attorney

                                                 DANIEL F. VAN HORN
                                                 D.C. BAR # 924092
                                                 Chief, Civil Division

                                                 By: */s/  Brian J. Field*
                                                 BRIAN J. FIELD
                                                 D.C. Bar #985577
                                                 Assistant United States Attorney
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 Phone: (202) 252-2551
                                                 Email: Brian.Field@usdoj.gov

                                                 *Counsel for Defendant*