**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RYAN NOAH SHAPIRO,

       *Plaintiff*,

       v.

UNITED STATES DEPARMENT OF
   JUSTICE,

       *Defendant*.

Civil Action No. 16-1399 (TNM)

## DEFENDANT'S MOTION FOR A STAY

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, by and through the undersigned counsel, respectfully moves for a stay of its January 26, 2018 deadline to perform an ECF text search of "94-69979" or submit a supplemental declaration describing why this additional search is not required by law.

1.     At the end of January 19, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored.

2.     Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.     Undersigned counsel for the Department therefore requests a stay of the deadline to file a supplemental declaration until Congress has restored appropriations to the Department.

4.     If this Motion is granted, undersigned will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current

deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Pursuant to Local Rule 7(m), counsel for Defendant contacted Plaintiff's counsel on the morning of January 22, 2018.  To date, Plaintiff's counsel has not been able to provide Plaintiff's position on this Motion.  In the interest of time, Defendant files this Motion prior to receiving Plaintiff's position.

For the foregoing reasons, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of its deadline to perform an ECF text search of "94-69979" or submit a supplemental declaration describing why this additional search is not required by law until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

January 22, 2018                                    Respectfully submitted,

                                                   JESSIE K. LIU
                                                   D.C. Bar #472845
                                                   United States Attorney

                                                   DANIEL F. VAN HORN
                                                   D.C. BAR # 924092
                                                   Chief, Civil Division

                               By:     */s/ Brian J. Field*
                                                   BRIAN J. FIELD
                                                   D.C. BAR #985577
                                                   Assistant United States Attorney
                                                   555 4th Street, N.W.
                                                   Washington, D.C. 20530
                                                   Tel: (202) 252-2551
                                                   E-mail: Brian.Field@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

RYAN NOAH SHAPIRO,

     *Plaintiff*,

     v.

UNITED STATES DEPARMENT OF
    JUSTICE,

     *Defendant*.

Civil Action No. 16-1399 (TNM)

---

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for a Stay, and the entire record herein, it is

hereby

**ORDERED** that Defendant's Motion for a Stay be and is hereby granted; it is

**FURTHER ORDERED** that Defendant's deadline to perform an ECF text search of "94-

69979" or submit a supplemental declaration describing why this additional search is not required

by law is stayed pending restoration of appropriations.

**SO ORDERED.**

_____

Date

_____

United States District Judge